No. 553. UNITED STATES *v.* BERGH ET AL. Court of Claims. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *J. Albert Woll* and *Herbert S. Thatcher* for respondents.

No. 559. UNITED STATES *v.* WESTERN PACIFIC RAILROAD CO. ET AL. Court of Claims. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Morton Hollander* for the United States. *Lawrence Cake* for respondents.

No. 560. UNITED STATES *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 4th Cir. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Alan S. Rosenthal* for the United States. *Strother Hynes* and *Meade T. Spicer, Jr.* for respondent.

No. 322. VIVIAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Pearl M. Hart* and *Edmund Hatfield* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 563. NASH *v.* INTERSTATE COMMERCE COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Simon J. Nash, pro se. Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Lionel Kestenbaum* for respondents.